# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 2, 2022

Lyle W. Cayce
Clerk

No. 21-51183
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

TOM CLEGG GIBSON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CR-169-1

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Tom Clegg Gibson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gibson has filed a response. We have reviewed

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-51183

counsel's brief and the relevant portions of the record reflected therein, as well as Gibson's response.   Because "appellate courts are without jurisdiction to hear appeals directly from federal magistrates," we lack jurisdiction in this case. *United States v. Renfro*, 620 F.2d 497, 500 (5th Cir. 1980); *see* 28 U.S.C. § 1291.  Accordingly, the APPEAL IS DISMISSED for lack of jurisdiction, and counsel's motion for leave to withdraw is DENIED as moot.